**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LEAH SPELLMAN AND ROBERT SPELLMAN | : | |
| vs. | : | C.A. No.: 06-436ML |
| TARGET CORPORATION, Alias, ABC CORPORATION | : | |

**NOTICE OF REMOVAL**

Now comes the defendant, Target Corporation ("Target"), and hereby petitions for the removal of this action from the Kent County Superior Court of the State of Rhode Island, where it is now pending as Civil Action Number 2006 - 823, to the United States District Court for the District of Rhode Island, pursuant to 28 USC § 1441 *et. seq.* The United States District Court for the District of Rhode Island has jurisdiction over this action based on the Court's diversity jurisdiction, Title 28 § 1332. In support of this notice, the defendant states:

1. The plaintiffs, Leah Spellman and Robert Spellman are both citizens of the State of Rhode Island.

2. The defendant, Target, is incorporated in the State of Minnesota with its principal place of business located in the State of Minnesota.

3. Based on a fair reading of the plaintiffs' complaint, damages in this action exceed the sum of $75,000.00.

4. There is and was complete diversity between the plaintiffs and the defendant at the time the complaint was filed in state court and at the time the defendant seeks the removal of this action.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on the defendant is attached and incorporated by reference to this petition as set forth in defendant's Exhibit A.

6. Pursuant to 28 USC § 1446(b), this notice is filed within thirty (30) days of plaintiffs' service of their complaint on the defendant. Pursuant to 28 USC § 1446(d) a copy of this Notice of Removal is being filed with the Clerk of the Kent County Superior Court for the State of Rhode Island and a copy is being served upon plaintiffs' counsel.

WHEREFORE, the defendant, hereby petitions to remove this action now pending in the Kent County Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island for the aforesaid reasons.

TARGET STORES, A DIVISION OF
TARGET CORPORATION,

By its Attorneys,

**MORRISON MAHONEY LLP**

Mark Nugent (HMS)

Heather M. Spellman

Mark T. Nugent, #2637
Heather M. Spellman, #6461
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660

**CERTIFICATION**

I hereby certify that on the 4th day of October, 2006, a copy of the foregoing was mailed, postage prepaid, to:

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

Clerk
Kent County Superior Court
Leighton Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

__________________________