STATE OF RHODE ISLAND
KENT, S.C.

SUPERIOR COURT

LEAH A. SPELLMAN and
ROBERT SPELLMAN

VS.

C.A. NO: K06-823

TARGET CORPORATION, Alias
ABC CORPORATION

COMPLAINT
COUNT I

1. Plaintiffs are residents of the Town of North Kingstown, County of Washington, State of Rhode Island.

2. Defendant is a corporation organized and existing under the laws of the State of Minnesota and authorized to do business within the state of Rhode Island and having its regular place of business on Bald Hill Road in Warwick, Kent County, Rhode Island.

3. On or about October 4, 2003, the Defendant did operate a retail store for the sale of items that retail to members of the public.

4. At the aforesaid date and time, the Plaintiff was lawfully upon the premises of the Defendant as a retail customer.

5. At the aforesaid date and time, the Defendant, its agents, employees and servants were charged with maintaining the premises in a condition which rendered it safe for customers, including your Plaintiffs.

6. At the aforesaid date and time, the Defendant did then and there cause to exist a dangerous condition to wit, loosely stacked rugs, which condition was either known or should have been known to the Defendant, its agents, servants or employees.

7. At the aforesaid date and time, the Defendant, its agents, servants and employees negligently failed to maintain said premises in a safe condition and to secure said rugs.

8. At as a direct and proximate result of the negligence of the Defendant, its agents, servants and employees, one or more of the rugs fell striking your Plaintiff causing severe bodily harm.

9. As a direct and proximate result of the aforesaid negligence of the Defendant, your Plaintiff sustained great and permanent pain of body and mind, has incurred medical expenses in about the care of her injuries, has suffered loss wages, has suffered a diminution of earning capacity and was otherwise injured and damnified.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Honorable Court together with interest and costs thereon.

Plaintiff,
By her Attorney,

Robert M. Brady, Esquire (#2070)
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

COUNT II

Plaintiff, Robert Spellman, restates the allegations contained in paragraphs 1 – 9 with the same force and effect as is set forth at length herein.

10. At the time and date of the aforesaid negligence your Plaintiff, Robert Spellman, was married to Plaintiff Leah A. Spellman, and the parties resided together as man and wife.

11. As a direct and proximate result of the aforesaid negligence of the Defendant, its agents, servants and employees, your Plaintiff, Robert Spellman, suffered a loss of consortium, society in, services and companionship of the Plaintiff, Leah A. Spellman.

WHEREFORE, Plaintiff, Robert Spellman, demands judgment against the Defendant, in an amount sufficient to confer jurisdiction upon this Honorable Court together with interest and costs thereon.

Plaintiff, Robert Spellman
By His Attorney,

Robert M. Brady, Esquire (#2070)
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

PLAINTIFFS CLAIM TRIAL BY JURY ON ALL COUNTS AND DESIGNATE ROBERT M. BRADY AS TRIAL COUNSEL.

Dated:______________________________

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [X] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. KC 06-823

LEAH A. SPELLMAN and ROBERT SPELLMAN
Plaintiff

TARGET CORPORATION
Defendant

***Summons***

*To the above-named Defendant:* c/o Agent for Service: CT Corp., 10 Weybosset St. Providence, RI

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert M. Brady Plaintiff's attorney, whose address is One Grove Avenue, East Providence, RI 02914 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: 8/30/06

(Seal of the Superior Court)

A true copy attest
R Bourque
6013
9 12 04

S-135 (REV. 10/00)

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
09/12/2006
Log Number 511468687

**TO:** Carter Leuty
Target Corporation
1000 Nicollet Mall
Minneapolis, MN, 55403-

RECEIVED ON
SEP 14 2006
FORWARDED TO ....

**RE:** **Process Served in Rhode Island**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Leah A. Spellman and Robert Spellman, Pltfs. vs. Target Corporation, alias ABC Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, |
| **COURT/AGENCY:** | Superior Court Kent County, RI<br>Case # KC06-823 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - on October 4, 2003 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/12/2006 at 13:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days |
| **ATTORNEY(S) / SENDER(S):** | Robert M. Brady, Esq.<br>One Grove Avenue<br>East Providence, RI, 02914<br>401-434-2800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790067020672 |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>10 Weybosset Street - 9th Floor<br>Providence, RI, 02903 |
| **TELEPHONE:** | 401-861-7400 |

RECEIVED ON 9/13/06 AT 12:20
VIA FedEx FORWARDED ON Same TO Sedgwick BY Kleaning



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.