STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-0823 LEAH SPELLMAN V TARGET CORPORATION

Filing Date: 09-08-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 10-04-2006

Plaintiff: LEAH SPELLMAN
ID: @10861415
Attorney: ROBERT BRADY

Plaintiff: ROBERT SPELLMAN
ID: @10861416
Attorney: ROBERT BRADY

Defendant: TARGET CORPORATION
ID: @10861421

Defendant: ABC CORPORATION
ID: @10861422

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-08-2006 | COMPLAINT FILED | |
| 09-08-2006 | INITIAL FILING FEE | |
| 09-08-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK53911. |
| 09-28-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: TARGET CORPORATION |
| 10-04-2006 | NOTICE OF REMOVAL | Affiliated: TARGET CORPORATION |
| 10-04-2006 | OTH DOC FILED DURING DISCOV | |
| 10-04-2006 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest

Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island