**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEAH SPELLMAN AND
ROBERT SPELLMAN

vs. C.A. No.: 06-436ML

TARGET CORPORATION, Alias,
ABC CORPORATION

**ANSWER TO COMPLAINT**

**First Defense**

**Count I**

1. Defendant, Target Corporation (hereinafter "Defendant Target") denies the allegations contained in paragraph 1 of the plaintiffs' complaint.

2. Defendant Target denies the allegations contained in paragraph 3 of the plaintiffs' complaint.

3. Defendant Target denies the allegations contained in paragraph 3 of the plaintiffs' complaint.

4. Defendant Target denies the allegations contained in paragraph 4 of the plaintiffs' complaint.

5. Defendant Target denies the allegations contained in paragraph 5 of the plaintiffs' complaint.

6. Defendant Target denies the allegations contained in paragraph 6 of the plaintiffs' complaint.

7. Defendant Target denies the allegations contained in paragraph 7 of the plaintiffs' complaint.

8. Defendant Target denies the allegations contained in paragraph 8 of the plaintiffs' complaint.

9. Defendant Target denies the allegations contained in paragraph 9 of the plaintiffs' complaint.

**Second Defense**

**Count II**

10. Defendant Target restates and incorporates by reference herein its responses to Paragraphs 1 through 9 of the plaintiffs' complaint as if fully set forth herein.

11. Defendant Target is without sufficient information to form a belief as to the truth of the matters alleged in paragraph 10 of the plaintiffs' complaint.

12. Defendant Target denies the allegations contained in paragraph 11 of the plaintiff's complaint.

**Third Defense**

If the plaintiff, Leah Spellman, was injured as alleged, which is denied, the same was due to her own lack of due care under the circumstances.

**Fourth Defense**

The plaintiff, Leah Spellman, assumed the risk of her alleged injuries.

**Fifth Defense**

If the plaintiff, Leah Spellman, was injured as alleged, which is denied, the same was due to the acts or omissions of others for whom this defendant is not responsible.

**Sixth Defense**

The plaintiffs' complaint fails to state a claim upon which relief may be granted in that there was insufficient notice of any alleged defect or condition to impose liability.

**Seventh Defense**

This defendant was not negligent.

**WHEREFORE**, this defendant prays that this Court:

a. Enter judgment for this defendant, dismissing all claims;

b. Award this defendant costs, expenses and attorneys' fees; and

c. Grant such further relief as the Court may deem just.

**Jury Demand**

This defendant hereby demands a jury trial as to all triable issues of right and designate Mark T. Nugent and Heather M. Spellman as its trial counsel.

**TARGET CORPORATION,**

By Its Attorneys,

**MORRISON MAHONEY LLP**

/s/ Mark T. Nugent

Mark T. Nugent, #2637
Heather M. Spellman, #6461
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 19th day of October, 2006, a true copy of the foregoing was mailed, postage pre-paid, to:

**Counsel for Plaintiff**
Robert M. Brady, #2070
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

/s/ Mark T. Nugent