UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH A. SPELLMAN and :
ROBERT SPELLMAN :
:
VS. : C.A. NO: 06-436ML
:
TARGET CORPORATION, Alias :
ABC CORPORATION :

**PLAINTIFF'S PRE-TRIAL SUMMARY OF HER CASE**

**STATEMENT OF FACTS**

The action pending before the court arises out of an incident that occurred on October 4, 2003 on a Saturday morning at the Target Department Store located on Bald Hill Road, Warwick, Rhode Island. The Plaintiff was a customer of the store and was walking down an aisle when she was struck from behind by at least one carpet roll which apparently had been improperly stacked and inexplicitly fell striking the Plaintiff across the back of the head. The Plaintiff fell and she was stunned. She noticed two rugs on the floor, one being like a bamboo or weaved rug and another, an area rug.

The Plaintiff stood in the aisle for awhile waiting for someone from the store to arrive. Apparently and unindentified couple advised the store personnel of the Plaintiff's injuries. The manager of the store arrived and the Plaintiff gave a statement as to how the incident occurred.

As a result of being struck in the back of the head, the Plaintiff sought medical treatment at Stat Walk-in Center near the place of the incident. The Plaintiff then came under the care of University Medical Foundation, 1351 South County Trail, East Greenwich, Rhode Island. Her complaints included headaches, dizziness and short term memory loss.

The Plaintiff then came under the care of a neurologist, Dr. William Golini, with whom she continues to treat. As of September 5, 2006, Dr. Golini reports that she continues to have intermittent left sided pain and muscle spasms and has in fact reached maximum medical improvement. Her total medical bills with Dr. Golini amount to $2,458.00.

The Plaintiff also treated with Dr. Stephen Estner on one occasion on November 6, 2003 and Dr. Estner's bill was $100.00.

The Plaintiff also treated at Physical Therapy Services of Rhode Island from November 17, 2003 through June 28, 2004. Total medical bills were $3,073.17.

At the time of the incident, the Plaintiff was employed at Women & Infant's Hospital, as a clinical nutrition specialist. She did not return to work until March 2, 2004. At the time of her injury, her hourly rate was $25.32 and she worked an average of 40 hours per week. She also worked differential shifts. Her lost wages from October 21, 2003 through March 2, 2004 were $19,243.20. When she returned to work on March 5, 2004, she returned to work on a part-time basis. She was then receiving $202.56 less per week and continues to work part-time through the present with an additional wage loss claim of approximately $24,000.00 and continuing. She has been unable to return full-time.

Plaintiff maintains that the Defendant improperly stored and displayed the rugs which struck her causing her injuries. Photographs taken on the day of the incident show how the rugs were stacked and how it is likely that the rugs fell without any assistance from any third party. Photographs taken sometime thereafter show the improvement and/or modifications that the Defendant has made to the manner in which it stores said rugs indicating that in fact a need to modify its rug storage procedures were required.

Plaintiff, Robert Spellman, has filed a loss of consortium claim in addition to his wife's claim for personal injuries.

As of the date of the filing of this statement, the Defendant has denied any and all responsibility and has made no offers to resolve the matter.

Plaintiffs,
By their Attorney,

Robert M. Brady, Esquire (#2070)
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

CERTIFICATION

I hereby certify that on the 15th day of December, 2006, I mailed a true and accurate copy of the within by regular mail, postage prepaid to the following: Mark T. Nugent, Esq., Morrison, Mahoney & Miller, 121 South Main Street, Suite 600, Providence, RI 02903.