THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**TARGET CORPORATION'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Now comes Target Corporation ("Target"), and moves this court to compel plaintiff, Leah Spellman, to respond to interrogatories and requests for production first served on or about November 3, 2007.

Leah Spellman's answers to interrogatories and responses to requests for production of documents were due on or about December 15, 2006.

WHEREFORE, Target respectfully requests an order compelling Leah Spellman to produce the discovery responses or any other remedy provided by the Federal Rules of Civil Procedure.

By:

/s/ Heather M. Spellman

Mark T. Nugent, #2637
Heather M. Spellman, #6461
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660 (Fax: 351-4420)

Dated: January 16, 2007

**GOOD FAITH CERTIFICATION**

I certify that I have, in good faith, conferred with opposing counsel in an effort to secure the information without court action.

/s/ Heather M. Spellman

Heather M. Spellman, #6461

**CERTIFICATION**

I hereby certify that on this 16th day of January 2007 a copy of the foregoing was mailed, postage prepaid, to:

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Heather M. Spellman

Heather M. Spellman, #6461