THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v.

C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**TARGET CORPORATION'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes Target Corporation ("Target"), and moves this court to compel plaintiff, Robert Spellman, to respond to interrogatories first served on or about November 3, 2007.

Robert Spellman's answers to interrogatories were due on or about December 15, 2006.

WHEREFORE, Target respectfully requests an order compelling Robert Spellman to produce his answers, or any other remedy provided by the Federal Rules of Civil Procedure.

By:

/s/ Heather M. Spellman

Mark T. Nugent, #2637
Heather M. Spellman, #6461
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660 (Fax: 351-4420)

Dated: January 18, 2007

**GOOD FAITH CERTIFICATION**

I certify that I have, in good faith, conferred with opposing counsel in an effort to secure the information without court action.

/s/ Heather M. Spellman

Heather M. Spellman, #6461

**CERTIFICATION**

I hereby certify that on this 18th day of January 2007 a copy of the foregoing was mailed, postage prepaid, to:

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Heather M. Spellman

__________________________

Heather M. Spellman, #6461