UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*

v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

# STIPULATION

Now come undersigned counsel in connection with the above-referenced matter and hereby agree that plaintiff, Leah Spellman, may have up to and including March 30, 2007 in which to file her objections and answers to defendant, Target Corporation's, first set of interrogatories.

LEAH A. SPELLMAN and
ROBERT SPELLMAN

By their Attorney,

/s/ Robert M. Brady

**Attorneys for Plaintiff**
Robert M. Brady, #2070
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

TARGET CORPORATION

By its Attorneys,

/s/ Heather M. Spellman

**Attorneys for Defendant**
Mark T. Nugent, #2637
Heather M. Spellman, #6461
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on the 5th day of March 5, 2007, a copy of the foregoing was mailed, postage prepaid, to:

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Heather M. Spellman