UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEAH SPELLMAN AND | : | |
| ROBERT SPELLMAN | : | |
| | : | |
| v. | : | C.A. No. 06-436ML |
| | : | |
| TARGET CORPORATION, Alias, | : | |
| ABC CORPORATION | : | |

# MOTION TO QUASH

Now comes the Plaintiff in the above referenced matter and moves this Honorable Court to quash that certain subpoena commanding that Keeper of Records of Woman & Infants Hospital produce certified copies of the medical records regarding the Plaintiff as specified in the aforementioned subpoena. As basis thereof, your Plaintiff provides the supporting Memorandum of Law.

WHEREFORE, your Plaintiff prays for the following relief:

1. That the disclosure period for the records from Woman and Infants Hospital be limited to ten years.

2. That this Honorable Court issue a Protective Order so as to limit the examination, use and other transmittal of the within records to the parties and the experts hired by the Defendants in the above referenced matter.

3. Such other and further relief that this court deems meet and appropriate under the circumstances.

Plaintiff,
By her Attorney,

_/s/ Robert M. Brady_______

Robert M. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com