UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEAH SPELLMAN AND<br>ROBERT SPELLMAN | : | |
| v. | : | C.A. No. 06-436ML |
| TARGET CORPORATION, Alias,<br>ABC CORPORATION | : | |

**MOTION TO QUASH**

Now comes the Plaintiff in the above referenced matter and moves this Honorable Court to Quash that certain subpoena commanding that the Keeper of Records of RI Department of Labor and Training produce certified copies of documents regarding the Plaintiff as specified in the aforementioned subpoena. As basis thereof, your Plaintiff provides the attached supporting Memorandum of Law.

WHEREFORE, your Plaintiff prays for the following relief:

1. That the records of the Rhode Island Department of Labor and Training be quashed.

2. In the alternative that the disclosure period for the records of the Rhode Island Department of Labor and Training be limited to ten years.

3. Such other and further relief that this court deems meet and appropriate under the circumstances.

Plaintiff,
By his Attorney,

_/s/ Robert M. Brady_______

Robert M. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com