UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEAH SPELLMAN AND | : | |
| ROBERT SPELLMAN | : | |
| | : | |
| v. | : | C.A. No. 06-436ML |
| | : | |
| TARGET CORPORATION, Alias, | : | |
| ABC CORPORATION | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH**

The Plaintiff in the above referenced matter moves this Honorable Court to Quash Defendant's Subpoena ordering and commanding the Rhode Island Department of Labor and Training to produce certified copies of any and all records from forever and up to the present.

In support of this, your Plaintiff states that the subpoena is overly broad in scope and should be limited to no more than ten years.

In considering whether or not to grant a Motion to Quash Subpoena served upon opposing parties, the trial court weighs several factors: "Among the appropriate factors for consideration by the Trial Court are the following: whether (i) the subpoena was issued primarily for purposes of harassment, (ii) there are other viable means to obtain the same evidence and (iii) to what extent the information sought is relevant, non-privileged and crucial to the moving party's case. *Pamida, Inc. vs. E.S. Originals, Inc.* 281 F.3d 726, 729-30 (8th Cir. 2002).

In *Corvese vs. Harris Seybold Company, et al*, 637 A.2d 779 (R.I. 1994), the Rhode Island Supreme Court stated that: "Rule 26(b)(1) permits examination of a deponent regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, including the existence and description of documents". In this case, your Plaintiff would argue

that certain records are not a subject matter which is relevant to the pending action. In this case, your Plaintiff would argue that certain records, those requested from "forever and up to the present" are not relevant in that in that the scope is overly broad and should be limited to a period not to exceed ten years.

**CONCLUSION**

For the above referenced reasons, your Plaintiff moves this Honorable Court to Quash those records being requested by subpoena and limit the scope of disclosure to a period not to exceed ten years.

Plaintiff,
By her Attorney,

/s/ Robert M. Brady

Robert M. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com