UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**ENTRY OF APPEARANCE**

Now comes Thomas M. Robinson of Morrison Mahoney LLP and hereby enters his appearance for Defendant Target Stores, Inc., in the above-entitled matter.

TARGET CORPORATION

By its Attorneys,

/s/ Thomas M. Robinson

**Attorney for Defendant**
Thomas M. Robinson #6193
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that this document has been filed electronically on 3rd day of April 2007 and is available for viewing and downloading from the ECF system.

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Thomas M. Robinson

_______________________________