UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH A. SPELLMAN and :
ROBERT SPELLMAN :
:
VS. : C.A. NO: 06-436ML
:
TARGET CORPORATION, Alias :
ABC CORPORATION :

**PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the Plaintiff, Leah Spellman, in the above entitled matter and moves this honorable court for an Order compelling the Defendant, Target Corporation, to provide a more responsive Answer to Interrogatories propounded by the Plaintiff. Specifically, your Plaintiff asks for a more responsive Answer to that Interrogatory Number 2 in Plaintiff's Second Set of Interrogatories propounded upon the Defendant which states in question form:

Except as to those photographs provided to the Defendant by the Plaintiff, state whether the Defendant, its agents, servants or employees are aware of any photographs, videos tapes or any other recordings which depict the area and/or the incident which is the subject matter of the Plaintiff's complaint.

If your answer is in the affirmative, identify each such recording, photograph, videotape or other item providing the name and address of the person taking same, the name and address of the person in custody of same and what each such recording, video tape, etc. depict.

And is answered as follows:

ANSWER: Objection. The defendant objects to this interrogatory to the extent it seeks information protected by the attorney work product privilege.

In support of said Motion, your Plaintiff relies on the Memorandum attached herein.

WHEREFORE, your Plaintiff prays for the following:

1. That this Court Order and compel the Defendant, Target Corporation, to provide a more responsive Answer to those of the Plaintiff's Interrogatories dated January 29, 2007, more specifically, that Interrogatory identified as Number 2.

2. Such reasonable sanctions as this Court deems meet and appropriate under the circumstances.

Plaintiff has made a good faith effort to obtain the discovery without court action.

Plaintiffs,
By their Attorney,

_/s/ Robert M. Brady ____________
Robert M. Brady, Esquire (#2070)
One Grove Avenue
East Providence, RI 02914
(401) 434-2800
bob@bradylaw.necoxmail.com

CERTIFICATION

I hereby certify that on the 1st day of May, 2007, I sent a true and accurate copy of the within via e-mail, to the following: Mark T. Nugent, Esq., mnugent@morrisonmahoney.com

______/s/ Robert M. Brady________