UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEAH SPELLMAN AND<br>ROBERT SPELLMAN | : | |
| v. | : | C.A. No. 06-436ML |
| TARGET CORPORATION, Alias,<br>ABC CORPORATION | : | |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

Plaintiff expects the following witnesses to testify at Trial:

1. Dr. William Golini
725 Reservoir Avenue
Cranston, RI 02910

Plaintiff,
By her Attorney,

_/s/ Robert M. Brady_______

Robert M. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

CERTIFICATION

I hereby certify that on the 1st day of May, 2007, I e-mailed a true and accurate copy of the within to Mark Nugent, Esq., mnugent@morrisonmahoney.com.

___/s/ Robert M. Brady____________