UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEAH SPELLMAN AND<br>ROBERT SPELLMAN | : | |
| | : | |
| v. | : | C.A. No. 06-436ML |
| | : | |
| TARGET CORPORATION, Alias,<br>ABC CORPORATION | : | |

## AMENDED NOTICE TO TAKE DEPOSITION

TO: Callaghan Reporting Service
44 Marden Street
Cranston, RI 02910

Mark T. Nugent, Esq.
Heather M. Spellman, Esq.
121 South Main Street, Suite 600
Providence, RI 02903-7141

Please take notice that on **Tuesday, May 8, 2007 at 1:00 p.m.** at the Law Offices of Robert M. Brady, One Grove Avenue, East Providence, Rhode Island the Plaintiff in the above-entitled matter will take the **deposition of Michelle Stevens, employee of Defendant, Target Corporation** upon oral examination, pursuant to Rule 26 of the Rhode Island Rules of Civil Procedure before Callaghan Reporting Service, Notary Publics, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross examine.

THIS NOTICE SUPERSEDES THE NOTICE OF APRIL 23, 2007.

Plaintiff,
By her Attorney,

_/s/ Robert M. Brady_______

Robert M. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

CERTIFICATION

I hereby certify that on the 19th day of April, 2007, I e-mailed a true and accurate copy of the within to Mark Nugent, Esq., mnugent@morrisonmahoney.com.

___/s/ Robert M. Brady_____________