UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**OBJECTION OF DEFENDANT TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now comes the defendant Target Corporation and hereby objects to the motion of plaintiff Leah Spellman to compel defendant to provide a more responsive answer to Interrogatory No. 2. For the reasons set forth in the accompanying Memorandum of Law, defendant respectfully requests that the Honorable Court deny plaintiff's motion.

TARGET CORPORATION

By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

**Attorneys for Defendant**
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that this document has been filed electronically on May 4, 2007 and is available for viewing and downloading from the ECF system.

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Thomas M. Robinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

For the reasons set for the below, defendant Target Corporation respectfully requests that the Honorable Court deny plaintiff's motion provide a more responsive answer to Interrogatory No. 2.

Pursuant to her motion, plaintiff Leah Spellman seeks to have defendant provide a more responsive answer to Interrogatory No. 2. This interrogatory asks whether defendant is "aware of any photographs, videotapes, or any other recordings which depict the area and/or the incident which is the subject matter of the Plaintiff's complaint." In response, defendant asserted a work-product objection.

On April 12, 2007, plaintiff's counsel, seeking a specific videotape, requested that defendant provide a more responsive answer to this interrogatory. (Tab A) Counsel for defendant received this letter on April 17, 2007. Plaintiff's counsel was then informed by defendant's counsel that no such videotape exists. (Tab B). Rule 37(a)(2) provides that a party may only file a motion to compel answers to interrogatories when the opposing party has refused to answer an interrogatory. Defendant has not refused to answer Interrogatory No. 2. Rather, notwithstanding its work-product objection, it specifically informed plaintiff that no videotapes

exist. Plaintiff nevertheless filed her motion to compel a more responsive answers despite defendant answering her interrogatory. The motion is frivolous, wastes the Court's time and resources and, respectfully, should be denied.

TARGET CORPORATION

By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

**Attorneys for Defendant**
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that this document has been filed electronically on May 4, 2007 and is available for viewing and downloading from the ECF system.

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Thomas M. Robinson