Law Offices of
**Robert M. Brady**

Robert M. Brady
Member of
Rhode Island, Massachusetts & Federal Bar

Steven A. Colantuono
Member of
Rhode Island Bar

April 12, 2007

Mark T. Nugent, Esq.
Heather M. Spellman, Esq.
Morrison, Mahoney & Miller
121 South Main Street, Suite 600
Providence, RI 02903-7141

RE: Spellman vs. Target

Dear Mr. Nugent and Ms. Spellman:

Please find enclosed a Motion to Compel which I intend to file with the Court unless I hear from you regarding this matter within the next five (5) days. I have attached herein a copy of Target's incident report, which was completed by a Target employee, indicating the existence of certain video which the employee references needs to be reviewed.

In good faith and in the hopes of avoiding a hearing on the matter, I am sending you the Motion with attached Memorandum and the incident report so that we may resolve this issue. If you have further questions or concerns, please feel free to contact me.

Very truly yours,

Robert M. Brady

RMB/lh

Enclosures

One Grove Avenue ✦ East Providence, Rhode Island 02914 ✦ Phone: (401) 434-2800 ✦ Fax: (401) 434-2934
E-Mail: bob@bradylaw.necoxmail.com ✦ E-Mail: steve@bradylaw.necoxmail.com