# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Mark T. Nugent, Partner
mnugent@morrisonmahoney.com

Thomas M. Robinson

121 SOUTH MAIN STREET, SUITE 600
PROVIDENCE, RHODE ISLAND 02903-7141
401-331-4660
FACSIMILE: 401-351-4420

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

April 17, 2007

Via Facsimile ((401) 434-2934)

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

Re: Case Name: Spellman v. Target
C.A. No.: K06-823

Dear Mr. Brady:

We received today your April 12, 2007 correspondence whereby you requested a copy of the video referenced in the Target incident report. Please be advised that no such video exists.

Also, we are writing to follow up on our telephone message left yesterday afternoon. As we stated we are requesting that the deposition of Michelle Stevens be rescheduled. Ms. Stevens is not available to be deposed on Monday, April 23, 2007. Ms. Stevens is generally available on Mondays, Tuesdays, Wednesday afternoons and Fridays.

Thank you for your attention to this matter.

Very truly yours,

Mark T. Nugent
Thomas M. Robinson

MTN/TMR/ajs

633985v1

** TX STATUS REPORT ** AS OF APR 18 2007 12:43 PAGE.01

MORRISONMAHONEYMILLER

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 18 | 04/18 | 12:42 | 4014342934 | EC--S | 00'22" | 001 | | OK |