**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**DEFENDANT TARGET CORPORATION'S DISCLOSURE OF EXPERT WITNESS**

Defendant Target Corporation expects the following witness to testify at trial as its expert witness:

Curtis E. Doberstein, M.D.
1 Davol Square, Suite 302
Providence, RI 02903

Dr. Doberstein's opinion letter will be filed as an exhibit to defendant's expert disclosure pleading.

**TARGET STORES, INC.,**

By its Attorneys,

**MORRISON MAHONEY LLP**

/s/ Mark T. Nugent
/s/ Thomas M. Robinson
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that this document has been filed electronically on June 14, 2007 and is available for viewing and downloading from the ECF system.

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Thomas M. Robinson