**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**LEAH SPELLMAN and**
**ROBERT SPELLMAN**
***Plaintiffs,***
**v.** **C.A. No. 06-436ML**

**TARGET CORPORATION, Alias**
**ABC CORPORATION**
***Defendant.***

**DEPOSITION SUBPOENA: WITNESS**
**F.R.C.P. RULE 30(b)(6) AND RULE 45**

**DEPONENT:** **William Golini, M.D.**
**DATE:** **September 24, 2007**
**TIME :** **2:00 P.M.**
**PLACE:** **725 Reservoir Avenue**
**Cranston, RI 02910**

Tues
9-1

GREETINGS:

YOU ARE HEREBY COMMANDED in accordance with the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure to appear and testify on behalf of the defendant(s) before a Notary Public of the State of Rhode Island and Providence Plantations on **Monday, September 24, 2007, at 2:00 PM at the offices of Dr. Golini, 725 Reservoir Avenue, Cranston, Rhode Island**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

***This subpoena will remain in full force and effect until the conclusion of the above-entitled matter.***

Mark T. Nugent, #2637
Thomas Robinson, #6193
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660; Fax: (401) 351-4420

Notary Public
My Commission Expires: 5/12/09

Dated: 8/28/07

49.00 #1/19

## PROOF OF SERVICE

DATE 9/11/07 PLACE 725 Reservoir Ave

**SERVED**

Dr. William Goldel
SERVED ON (PRINT NAME)

MANNER OF SERVICE

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
SERVED BY (PRINT NAME)

Process Server
TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

**Executed on** 9/11/07

SIGNATURE OF SERVER
Thomas Noury

P.O. Box 114026
North Providence, RI 02911
ADDRESS OF SERVER

640869v1