UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**JOINT MOTION TO EXTEND**

The parties to this case hereby move to extend the deadlines set forth in the Court's prior Order concerning the closure of discovery, currently scheduled to close on October 19, 2007, and the filing of dispositive motions, currently scheduled to close on November 1, 2007, as follows:

1) Discovery will be closed on December 7, 2007; and

2) Dispositive motions shall be filed by December 21, 2007.

As reasons therefore, the parties state that although they have timely disclosed their expert witnesses the depositions of these expert witnesses have not yet taken place. As such, the parties request the additional time to complete this discovery. This is the parties' second request to extend the deadlines in this matter.

LEAH and ROBERT SPELLMAN

By their Attorneys,

/s/ Robert M. Brady

**Attorneys for Plaintiffs**
Robert M. Brady, #2070
One Grove Avenue
East Providence, RI 02914
(401) 434-2800
bob@bradylaw.necoxmail.com

TARGET CORPORATION

By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

**Attorneys for Defendant**
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420
mnugent@morrisonmahoney.com
trobinson@morrisonmahoney.com

**CERTIFICATION**

I hereby certify that this document has been filed electronically on October 18, 2007 and is available for viewing and downloading from the ECF system.

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Thomas M. Robinson