UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEAH SPELLMAN and
ROBERT SPELLMAN
*Plaintiffs,*
v. C.A. No. 06-436ML

TARGET CORPORATION, Alias
ABC CORPORATION
*Defendant.*

**DISMISSAL STIPULATION**

Now comes the plaintiffs in the above-captioned action, and hereby dismiss with prejudice, without interest, and without costs, any and all claims, causes of action and counts asserted against the defendant.

LEAH SPELLMAN and
ROBERT SPELLMAN,

By their Attorney,

/s/ Robert M. Brady

Robert M. Brady, #2070
One Grove Avenue
East Providence, RI 02914
(401) 434-2800
bob@bradylaw.necoxmail.com

Dated: ______________________

TARGET CORPORATION,

By its Attorneys,

**MORRISON MAHONEY LLP**

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
mnugent@morrisonmahoney.com
trobinson@morrisonmahoney.com

Dated: ______________________

643777v1

**CERTIFICATION**

I hereby certify that this document has been filed electronically on 12/19/07 is available for viewing and downloading from the ECF system.

Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

/s/ Thomas M. Robinson